Clarence KING et al., Appellants,

v.

Merlon DEROSSETT et al., Appellees.

Court of Appeals of Kentucky.

Jan. 20, 1961.

William A. Johnson, Paintsville, Robert L. Milby, London, for appellants.

J. B. Clarke, Joe Hobson, Prestonsburg, for appellees.

PER CURIAM.

This case is before us on motion for an appeal under KRS 21.080, seeking a review of a judgment involving a strip of land 7 feet in width by 100 feet in depth.

After a careful review of the record, the motion for an appeal is overruled and the judgment is affirmed.